RECEIVED
AUG - 2 2013
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SHERYL TAYLOR
Appellant
v.

KARLA DAVIS, COMMISSIONER FOR THE TN DEPT OF LABOR AND WORKFORCE DEVELOPMENT, et.al.
Appellee

APPEAL NO. 13-5921

## MOTION FOR MISCELLANEOUS RELIEF

The Appellant respectfully files this motion to the Court. The Appellant is without counsel. There is a prejudice toward the Appellant for a lack of counsel. The Appellant is unemployed through no fault of the Appellant. The Appellant was approved for Family Medical Leave based on the Family Medical Leave Act (FMLA). The Appellant does not have the mental capacity to litigate an appeal without counsel. The Appellant needs counsel due to medical issues. The Appellant's health is greatly impacted due to the denial of counsel.

The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on December 13, 2011. (Doc. 3.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on January 17, 2012. (Doc. 6.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on February 23, 2012. (Doc. 18.) The Appellant filed a motion for an appointment of

counsel through the District Court's Civil Pro Bono Panel on April 6, 2012. (Doc. 22.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on April 10, 2012. (Doc. 23.) On August 7, 2012, the District Court denied the Appellant's motions for an appointment of counsel through the District Court's Civil Pro Bono Panel. (Doc. 62.)

On March 22, 2012, the Appellant filed a motion before the District Court for Eric Holder, Attorney General of the U.S. to intervene in this civil action due to constitutional statues. (Doc. 19.) On April 10, 2012, the Appellant filed a motion before the District Court for Eric Holder, Attorney General of the U.S. to intervene in this civil action due to constitutional statutes. (Doc. 24.) On August 7, 2012, the District Court denied the motion for Eric Holder, Attorney General for the U.S. to intervene in this civil action. On August 8, 2012, the Appellant filed a motion for reconsideration before the District Court for Eric Holder, Attorney General of the U.S. to intervene in this civil action. (Doc. 66 & 67.) However, the District Court did not rule on the motion for reconsideration.

On August 22, 2012, the Appellant filed a motion before the District Court for defendants/appellees Davis, Solis and Geithner to appoint or assign counsel to the Appellant by releasing its federal funds, equally distributing federal funds for the sole purpose for the Appellant/Plaintiff to have counsel before the District Court.

(Doc. 82.) On March 28, 2013, the District Court denied the motion as moot. (Doc. 118.)

On February 13, 2013, the Appellant filed a motion for the District Court to release the names of all lawyers on the District Court's Civil Pro Bono Panel. (Doc. 109.) On March 28, 2013, the District Court denied the motion as moot. (Doc. 118.) LR 83.7 for the District Court references a Civil Pro Bono Panel. **The District Court has an obligation to have a Civil Pro Bono Panel.**

The Appellant/Plaintiff was denied counsel by the federally funded legal aid organizations in TN which are Memphis Area Legal Services, Inc., West TN Legal Services, Inc., Legal Aid of East TN, Legal Aid Society of Middle TN and the Cumberlands and the Community Legal Center. The Appellant/Plaintiff was denied counsel by numerous TN lawyers. TN lawyers advised the Appellant/ Plaintiff they do not take cases against federal agencies. Due to the interference of defendants/appellees, Davis, Solis and Geithner, the Appellant/Plaintiff is restricted and prohibited from securing counsel in the state of TN.

On August 8, 2012, the Appellant filed a motion for judicial notice before the District Court. (65.) The Appellant cited the case law of Fogg v. Gonzales, 94-cv-02814 in the motion for judicial notice. The District Court ignored and disregarded the case law of Fogg v. Gonzales, 94-cv-02814. The District Court denied the

motion for judicial notice as moot on March 28, 2013. (Doc. 118.)

The Appellant/Plaintiff is entitled to proceed informa pauperis because her primary source of income has ceased based on the case law of Fogg v. Gonzales, 94-cv-02814. The Plaintiff objected to the order denying the motion for leave to proceed informa pauperis based on the case law of Fogg v. Gonzales, 94-cv-02814. (Doc. 10.)

On April 17, 2013, the Appellant filed a motion before the District Court requesting a refund of the $350.00 filing fee based on the case law of Fogg v. Gonzales, 94-cv-02814, Treva Parrish v. Michael Astrue, Comm. Soc. Sec. Administration, and Peggy Branning v. Minact, Inc. 12-cv-02070. The District Court did not refund the filing fee and denied the motion. (Doc. 123.)

Treva Parrish paid the $350.00 before the U.S. District Court for the Western District of TN (Eastern) Division. Treva Parrish is unemployed. Treva Parrish filed a motion for leave to proceed informa pauperis **after** she paid the $350.00 filing fee. Treva Parrish was represented by West TN Legal Services, Inc., which is a federally funded legal aid organization. U.S. District Judge James Todd refunded the $350.00 filing fee and awarded attorney's fees to Treva Parrish. (Exh. 28 & 29.)

Peggy Branning filed a civil action before the U.S. District Court for the

Western District of TN seeking relief based on Title VII of the Civil Rights Act of 1964 on January 30, 2012. The employment of Peggy Branning was terminated. Peggy Branning is represented by a Pro Bono lawyer. Peggy Branning filed a motion for leave to proceed informa pauperis on February 1, 2012. For over a year and several months, U.S. District Judge Samuel Mays has not ordered Peggy Branning to pay the $350.00 filing fee and he has not granted the motion for leave to proceed informa pauperis. (Exh. 9.)

Due to the interference of defendants/appellees Davis, Solis and Geithner and due to the obstruction of justice and impeding the judicial process committed by defendants/appellees Davis, Solis and Geithner, the Appellant respectfully moves the Court or seeks the Court permission to refund the $350.00 filing fee.

WHEREFORE, the Court should grant the motion of the Appellant.

Respectfully submitted,

Sheryl Taylor
PO Box 89
Memphis, TN 38101

CERTIFICATE OF CONSULTATION

The Appellant is without counsel. The Clerk of the Court informed the Appellant, no consultation is required to file a motion before the appellate court.

CERTIFICATE OF SERVICE

I, Sheryl Taylor, do hereby certify that a copy of the foregoing Appellant's

Motion for Miscellaneous Relief has been mailed, first class, postage prepaid, on July 31, 2013 to:

Warren A. Jasper
State of Tennessee
General Civil Division
425 5th Avenue North
Nashville TN 37243
PO Box 20207
Nashville TN 37202

Harriett Miller Halmon
United States Attorney Office
167 North Main, Ste 800
Memphis TN 38103

Sheryl Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TREVA PARRISH,

Plaintiff,

VS.

MICHAEL ASTRUE,
Commissioner of Social Security,

Defendant.

EXHIBIT 28

No. 10-1107-JDT

ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND REFUNDING FILING FEE

Plaintiff Treva Parrish filed a complaint for review of a final decision of the Commissioner. The complaint was not accompanied by a motion to proceed *in forma pauperis*; consequently, the filing fee of $350 was charged to counsel's credit card (Docket Entry 2). A motion to proceed *in forma pauperis* was then filed (D.E. 4).

Based on the information contained in the motion, Plaintiff is hereby allowed to proceed *in forma pauperis* in this case. The Clerk is directed to refund the $350 filing fee. IT IS SO ORDERED.

s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

AO 240 (Rev. 10/03)

EXHIBIT 28

# UNITED STATES DISTRICT COURT

Western District of Tennessee

Treva D. Parrish
Plaintiff

V.

Michael Astrue, Commissioner of Social Security
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Treva Parrish declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☑ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ____________

   Are you employed at the institution? ________ Do you receive any payment from the institution? ________

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☑ Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

240 Reverse (Rev. 10/03)

Food Stamps #200 EXHIBIT 28

4. Do you have any cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes," state the total amount. ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

I declare under penalty of perjury that the above information is true and correct.

9-24-10
Date

[signature]
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

2...

CLOSED

# U.S. District Court
# Western District of Tennessee (Jackson)
# CIVIL DOCKET FOR CASE #: 1:10-cv-01107-JDT

EXHIBIT 28

Parrish v. Astrue et al
Assigned to: Judge James D. Todd
Cause: 42:405 Review of HHS Decision (SSID)

Date Filed: 05/06/2010
Date Terminated: 04/14/2011
Jury Demand: None
Nature of Suit: 864 Social Security: SSID Tit. XIV
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Treva Parrish** represented by **Beth S. Bates**
WEST TENNESSEE LEGAL SERVICES, INC.
P.O. Box 2066
210 West Main St.
Jackson, TN 38301
731-423-0616
Fax: 731-423-2600
Email: beth@wtls.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Astrue**
*Commissioner, Social Security Administration*
represented by **Monica M. Simmons**
U.S. ATTORNEY'S OFFICE
Civil Division
167 North Main Street
Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230
Email: Monica.Simmons@usdoj.gov
*ATTORNEY TO BE NOTICED*



ic H. Holder, Jr.
*U.S. Attorney General*

EXHIBIT 28

**Defendant**

**Lawrence J. Laurenzi**
*U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2010 | 1 | COMPLAINT against All Defendants; filed by Treva Parrish. (Filing fee $ 350.) (Attachments: # 1 Civil Sheet, # 2 Summons-AG, # 3 Summons-SSA, # 4 Summons-USA)(jlh) (Entered: 05/06/2010) |
| 05/06/2010 | 2 | Case initiation fee: $ 350, receipt number J34261 ( (Additional attachment(s) added on 5/10/2010: # 1 Document --) (cdi). Modified on 5/10/2010- Case In fee returned pursuant to Court Order. IFP Entered case. (cdi). (Entered: 05/06/2010) |
| 05/06/2010 | 3 | Summons Issued as to All Defendants: Astrue/SSA, Laurenzi/U.S. Attorney and Holder/U.S. Attorney G (Issued summons returned to atty via US Mail.) (jl (Entered: 05/06/2010) |
| 05/06/2010 | 4 | Notice of Correction to 1 Complaint *Application to Proceed Without Prepayment of Fees and Affidavit* Beth) (Entered: 05/06/2010) |
| 05/10/2010 | 5 | ORDER GRANTING MOTION FOR LEAVE TO PRO FORMA PAUPERIS AND REFUNDING FILING FEE. by Judge James D. Todd on 5/10/10. (Todd, James (Entered: 05/10/2010) |
| 05/10/2010 | 6 | Filing Fee ($350) Returned to Atty Bates pursuar 5/10/10 Court Order- DE# 5. Rcpt # J34269 Cop to Atty Bates this date via US Mail. (cdi) (Enterec 05/10/2010) |
| 05/28/2010 | 7 | SUMMONS Returned Executed by Treva Parrish. Defendants. U.S. Attorney General served on 5/1 U.S. Attorney served on 5/10/2010. (Attachment Supplement Summons Returned Executed as to Supplement Summons Returned Executed as to |

EXHIBIT 28

| | | |
|---|---|---|
| | | USA)(Bates, Beth) (Entered: 05/28/2010) |
| [illegible]/2010 | 8 | ANSWER to 1 Complaint by Michael Astrue. (DeGraffenreaid, Monica) (Entered: 07/08/2010) |
| [illegible]7/12/2010 | 9 | ORDER SETTING BRIEFING SCHEDULE IN SOCIAL SECURITY CASE. Signed by Clerk of Court on 7/12/10. (cdi) (Entered: 07/12/2010) |
| 08/06/2010 | 10 | TRIAL BRIEF *Plaintiff's Memorandum in Support of Appeal* by Treva Parrish. (Bates, Beth) (Entered: 08/06/2010) |
| 09/07/2010 | 11 | MOTION for Extension of Time to File *Commissioner's Brief (proposed order submitted)* by Michael Astrue. (DeGraffenreaid, Monica) (Entered: 09/07/2010) |
| 09/07/2010 | 12 | ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF 11 . The Commissioner shall file a brief on or before October 22, 2010. Signed by Judge James D. Todd on 9/7/10. (Todd, James) (Entered: 09/07/2010) |
| 10/22/2010 | 13 | Appellee's BRIEF by Michael Astrue. (DeGraffenreaid, Monica) (Entered: 10/22/2010) |
| 11/02/2010 | 14 | Appellant's REPLY BRIEF by Treva Parrish. (Attachments: # 1 Supplement Dr. Smithson licensure; DSM-IV-TR)(Bates, Beth) (Entered: 11/02/2010) |
| 04/13/2011 | 15 | ORDER REVERSING THE DECISION OF THE COMMISSIONER AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g). Signed by Judge James D. Todd on 4/13/12. (Entered: 04/13/2011) |
| 04/14/2011 | 16 | JUDGMENT IN A CIVIL CASE. Signed by Judge James D. Todd on 4/14/11. (Todd, James) (Entered: 04/14/2011) |
| 05/23/2011 | 17 | First MOTION for Attorney Fees *EAJA Fee* by Treva Parrish. (Attachments: # 1 Supplement Plaintiff's Assignment of EAJA Fee)(Bates, Beth) (Entered: 05/23/2011) |
| 05/23/2011 | 18 | ATTACHMENT to 1 Complaint by Treva Parrish.. (Attachments: # 1 Memorandum Declaration of Beth S. Bates, # 2 Supplement Itemization of Time)(Bates, Beth) (Entered: 05/23/2011) |
| 05/24/2011 | 19 | DEFICIENCY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 17 First MOTION for |

EXHIBIT 28

| | | |
|---|---|---|
| | | Attorney Fees *EAJA Fee* filed by Treva Parrish, 18 Attachment filed by Treva Parrish has been filed. However, the following deficiencies has been found: 1)Your documents do not have the dates filled in for your document nor your certificate of service. 2) Your Supplement Plaintiff's Assignment of EAJA Fee does not contain a signature. 3) Your Memorandum Declaration and Supplement Itemization of Time should not have been filed as separate entries but should have been attachments to your Motion. **Please correct and re-file your documents using the event code NOTICE OF CORRECTION. You should link your Notice of Correction back to DE# 17 and 18 .** The filer has one business day to correct the deficiency. (cdi) (Entered: 05/24/2011) |
| 05/24/2011 | 20 | Notice of Correction to 17 First MOTION for Attorney Fees *EAJA Fee* . (Attachments: # 1 Assignment, # 2 Memorandum, # 3 Declaration of Beth S. Bates, # 4 Itemization of Time)(Bates, Beth) (Entered: 05/24/2011) |
| 06/06/2011 | 21 | RESPONSE to Motion re 17 First MOTION for Attorney Fees *EAJA Fee* filed by Michael Astrue. (DeGraffenreaid, Monica) (Entered: 06/06/2011) |
| 06/07/2011 | 22 | ORDER GRANTING 17 ATTORNEY FEES. Signed by Judge James D. Todd on 6/7/11. (Todd, James) (Entered: 06/07/2011) |
| 06/10/2011 | 23 | Notice of Correction to 21 Response to Motion *for Attorney Fees (corrected certificate of service)*. (DeGraffenreaid, Monica) (Entered: 06/10/2011) |

EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TREVA PARRISH<br>Social Security No: xxx-xx-9272<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:10-1107-JDT |

**MOTION FOR ATTORNEY'S FEES**

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), Plaintiff respectfully moves the Court for an award of attorney fees in the amount of $4,922.50. A Memorandum and Declaration of Counsel are submitted in support of this motion.

Respectfully submitted,

S/Beth S. Bates

BETH S. BATES, BPR #10124
West Tennessee Legal Services
210 W. Main Street, P O Box 2066
Jackson, TN 38302-2066
(731) 423-0616

DATE:____________________

EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TREVA PARRISH, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 10-1107-T-An |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

ORDER GRANTING ATTORNEY FEES

Plaintiff filed this action to obtain judicial review of Defendant Commissioner's final decision denying her application for benefits under the Social Security Act. On April 13, 2011, the court entered an order reversing the decision of the Commissioner and remanding the action for further development of the record pursuant to sentence four of 42 U.S.C. 405(g). Plaintiff has now requested an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2414(d) ("EAJA") [DE# 17]. The Commissioner has responded to the motion and agrees that Plaintiff should be awarded the amount requested [DE# 21]. The court has independently reviewed the time expended by Plaintiff's counsel and finds the number of hours expended to be reasonable.

EXHIBIT 29

For good cause, Plaintiff's counsel is awarded attorney fees in the amount of $4,922.50.[1]

IT IS SO ORDERED.

s/ James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

[1] The court notes that, in accordance with Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the EAJA fee is payable to Plaintiff as the litigant and is subject to offset to satisfy a preexisting debt that the litigant owes to the United States. Plaintiff has assigned her right to receive any fee under the EAJA to her attorney. The Commissioner will verify whether Plaintiff owes a debt to the United States that is subject to offset. If there is no debt owed by Plaintiff, the fee will be made payable to Plaintiff's attorney based on the assignment.

# U.S. District Court
# Western District of Tennessee (Memphis)
# CIVIL DOCKET FOR CASE #: 2:12-cv-02070-SHM-tmp

EXHIBIT 9

Branning v. Minact, Inc.
Assigned to: Judge Samuel H. Mays, Jr
Referred to: Magistrate Judge Tu M. Pham
Cause: 28:451 Employment Discrimination

Date Filed: 01/30/2012
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Peggy Branning**

represented by **Ted I. Jones**
JONES & GARRETT LAW FIRM
1835 Union Avenue
Suite 315
Memphis, TN 38104
901-526-4249
Fax: 901-525-4312
Email: Dtedijones@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MINACT, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2012 | 1 | COMPLAINT against MINACT, Inc., filed by Peggy Branning. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Affidavit)(Jones, Ted) (Entered: 01/30/2012) |
| 01/30/2012 | 2 | Judge Samuel H. Mays, Jr and Magistrate Judge Tu M. Pham added. (csf) (Entered: 01/31/2012) |
| 01/31/2012 | 3 | DEFICIENCY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 1 Complaint filed by Peggy Branning has been filed. However, the following deficiency has been found: the affidavit should be filed separately as a Motion to Proceed In Forma Pauperis. The In Forma Pauperis affidavit has not been properly completed. The filer has one business day to correct the deficiency. (csf) (Entered: 01/31/2012) |
| 02/01/2012 | 4 | MOTION for Leave to Proceed in forma pauperis by Peggy Branning. (Attachments: # 1 Affidavit)(Jones, Ted) (Entered: 02/01/2012) |
| 02/02/2012 | 5 | Summons Issued as to MINACT, Inc.. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (csf) (Entered: 02/02/2012) |

EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PEGGY BRANNING,

Plaintiff,

VS.

No. 12-cv-02070-SHM

MINACT, Inc.,

Defendant.

**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

COMES NOW your Plaintiff to move this Honorable Court that she be allowed to proceed in this case without the prepayment of fees and file this suit and proceed as a pauper. The Plaintiff is not employed and no funds have been paid to counsel in the filing of this complaint. The complaint is filed with respect to a deadline imposed by a right to sue letter she received from the EEOC and asserts that her termination was by pretext and that she was fired in violation of the discrimination laws of Title VII. She is unemployed and presently has very little income. Plaintiff filled-out and signed the form to apply for this status and filed it with the court with her original complaint. Plaintiff is not incarcerated so none of the guidelines with respect to that issue would apply in her case.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS: That she be allowed to proceed in forma pauperis, that if her request be denied that counsel have two business days to post and pay the required costs, and for such further and other relief as to

which the Plaintiff may be entitled. EXHIBIT 9

RESPECTFULLY SUBMITTED,

s/ Ted I. Jones

Ted I. Jones, #11017
JONES & GARRETT
Professional Association
Suite 315
100 North Main Building
Memphis, Tennessee 38103
(901) 526-4249
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Ted I. Jones, hereby certify that I have mailed a copy of this pleading, postage pre-paid, this the 1st day of February, 2012 to the registered agent for the Defendant:

James T. Harris
1555 McAllister Drive
Memphis, Tennessee 38116

/s/ Ted I. Jones

Ted I. Jones

MS. TAILLOR
PO BOX 897
MEMPHIS TN 38101

UNITED STATES POSTAL SERVICE
1005 45202
U.S. POSTAGE PAID SOUTHAVEN,MS 38671 JUL 31, 13 AMOUNT
$5.85
00040527-02

U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT
540 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OH 45202

USPS TRACKING NUMBER
9505 5104 0527 3212 6162 93

