UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SHERYL TAYLOR                                )
    Appellant                                )
        v.                                    )  APPEAL NO. 13-5921
                                             )
KARLA DAVIS, COMMISSIONER                    )
FOR THE TN DEPT OF LABOR AND                 )
WORKFORCE DEVELOPMENT, et.al.                )
    Appellee                                 )

## APPELLANT'S NOTICE TO THE COURT

The Appellant respectfully files this notice to the Court. The Appellant is without counsel. There is a prejudice toward the Appellant for a lack of counsel. The Appellant is unemployed through no fault of the Appellant. The Appellant was approved for Family Medical Leave based on the Family Medical Leave Act (FMLA). The Appellant does not have the mental capacity to litigate an appeal without counsel. The Appellant needs counsel due to medical issues.

The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on December 13, 2011. (Doc. 3.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on January 17, 2012. (Doc. 6.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on February 23, 2012. (Doc. 18.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on April 6, 2012.

2

(Doc. 22.) The Appellant filed a motion for an appointment of counsel through the District Court's Civil Pro Bono Panel on April 10, 2012. (Doc. 23.) On August 7, 2012, the District Court denied the Appellant's motions for an appointment of counsel through the District Court's Civil Pro Bono Panel. (Doc. 62.) However, there are approximately seven (7) federal courts in TN which are the U.S. District Court for the Western District of TN located at 167 N. Main St. Room 242, Memphis, TN 38103; U.S. District Court for the Eastern District of TN located at 111 South Highland Avenue, Room 262, Jackson, TN 38301; U.S. District Court for the Eastern District of TN located at 900 Georgia Avenue, Chattanooga, TN 37402; U.S. District Court for the Eastern District of TN located at 220 West Depot Street, Suite 200 Greeneville, TN 37743; U.S. District Court for the Eastern District of TN located at 800 Market Street, Suite 130, Knoxville, TN 37902; U.S. District Court for the Eastern District of TN located at 200 South Jefferson Street, Winchester, TN 37398; U.S. District Court for the Middle District of TN located at 801 Broadway, Nashville, TN 37203. Yet, the District Court did not appoint counsel through any of the seven (7) federal courts in the state of TN.

On February 13, 2013, the Appellant filed a motion for the District Court to release the names of all lawyers on the District Court's Civil Pro Bono Panel.

3

(Doc. 109.) On March 28, 2013, the District Court denied the motion as moot. (Doc. 118.) The District Court has an obligation to have a Civil Pro Bono Panel.

On March 22, 2012, the Appellant filed a motion for Eric Holder, Attorney General for the United States, to intervene in this civil action due to constitutional statutes. (Doc. 19.) On April 10, 2012, the Appellant filed a motion for Eric Holder, Attorney General for the United States, to intervene in this civil action due to constitutional statutes. (Doc. 24.) On August 7, 2012, the District Court denied the motion. (Doc. 62.) On August 8, 2012, the Appellant filed a motion for reconsideration for Eric Holder to intervene in this civil action. (Doc. 66.) The District Court did not respond to the motion.

The Appellant made a First (1st) Amendment petition on August 22, 2012, in the form of a motion for defendants/appellees Davis, Solis and Geithner to release its federal funds, equally distribute its federal funds and appoint or assign counsel to the Appellant. (Doc. 82.)

Defendants/appellees Davis, Solis and Geithner have numerous lawyers on its staff which could adequately provide counsel to the Appellant. Also, defendants/appellees Davis, Solis and Geithner have an abundance of federal funds and their legal expenses are paid with federal funds. The interest of the defendants/appellees is protected due to the fact they have secured counsel with federal funds.

Without counsel, the interest of the Appellant is not protected. The Appellant does not have equal protection under the law as the defendants/appellees. It is a violation of constitutional law. It appears only federal employers and state employer in the state of TN can secure counsel with federal funds. However, the landmark decision of the United States Supreme Court in <u>United States v. Windsor S.Ct., 2013 WL3196928 (2013)</u>, it is unconstitutional to deny federal funds.

Exhibit 13 was not docketed by the Clerk of the Court for the appellate court. Exhibit 13 was part of the motion for an appointment of counsel before the appellate court. Exhibit 13 was before the District Court. The Appellant resubmits Exhibit 13 which is the civil action before the U.S. District Court for the Western District of TN which Wayne Chastain sued Memphis Area Legal Services, Inc., for employment discrimination. Memphis Area Legal Services, Inc., denied counsel to the Appellant when she sought relief for Unemployment Compensation for Federal Employees (UCFE). Memphis Area Legal Services, Inc., is a federally funded legal aid organization.

However, federal employees in Northern states are appointed counsel when seeking relief for UCFE based on the landmark decision of the U.S. Supreme Court in <u>Christian v. New York Department of Labor</u> 414 U.S. 614 (1974). Federal employees in Northern states have counsel before the district court, appellate court

5

and the U.S. Supreme Court. Federal employees in Southern states will not have an appointment of counsel through the district courts and through the federally funded legal aid organizations when seeking relief for UCFE.

Respectfully submitted,

*/s/ Sheryl Taylor*

Sheryl Taylor
PO Box 897
Memphis, TN 38101

## CERTIFICATE OF SERVICE

I, Sheryl Taylor, do hereby certify that a copy of the brief has been mailed, first class, postage prepaid, on August 5, 2013 to:

Warren A. Jasper
State of Tennessee
General Civil Division
425 5th Avenue North
Nashville TN 37243
PO Box 20207
Nashville TN 37202

Harriett Miller Halmon
United States Attorney Office
167 North Main, Ste 800
Memphis TN 38103

*/s/ Sheryl Taylor*

Sheryl Taylor

APPEAL

EXHIBIT 13
# U.S. District Court
## Western District of Tennessee (Memphis)
### CIVIL DOCKET FOR CASE #: 2:92-cv-02620-jsg

Chastain v. Dennis, et al
Assigned to: Julia S. Gibbons
Demand: $750,000
Case in other court: 94-06158
Cause: 29:621 Job Discrimination (Age)

Date Filed: 07/29/1992
Date Terminated: 12/31/1992
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

## Plaintiff

**Wayne Chastain**     represented by **H. Wallace Maroney, Jr.**
LAW OFFICE OF H. WALLACE MARONEY, JR.
5978 Knight Arnold Rd.
Ste. 400
Memphis, TN 38115
901-527-8339
Fax: 529-1017
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne Chastain**
LAW OFFICES OF WAYNE CHASTAIN
66 Monroe Avenue
Ste. 804
Memphis, TN 38103
901-528-9171
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Karen Dennis**     represented by **Craig M. Beard**
*Individually and in her official*      GOTTEN WILSON SAVORY &
*capacity as executive director,*      BEARD, PLLC

| | |
|---|---|
| *Memphis Area Legal Services, Inc.* | 88 Union Ave.<br>14th Floor<br>Memphis, TN 38103<br>901-523-1110<br>Fax: 901-523-1139<br>Email: cmbgwsb@bellsouth.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| EXHIBIT 13 | |
| | **David A. Velander**<br>VELANDER & ANDERSON<br>105 South Sherrin Ave.<br>Louisville, KY 40207<br>502-896-2301<br>Fax: 502-893-8706<br>Email: VelanderJD@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Memphis Area Legal Services, Inc.** | represented by | **Craig M. Beard**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David A. Velander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/1992 | 1 | COMPLAINT (Summons(es) issued) Receipt #: 118837; Filing fee $ 120 (Former Emp) (Entered: 07/31/1992) |
| 07/29/1992 | 2 | BOND by plaintiff Wayne Chastain Type: Cost Bond No. AO410 in amount of $ 250 (Former Emp) (Entered: 07/31/1992) |
| 07/31/1992 | 3 | RETURN OF SERVICE executed upon defendant Karen Dennis on 7/29/92 (Former Emp) (Entered: 08/13/1992) |

EXHIBIT 13

| Date | # | Description |
|---|---|---|
| 07/31/1992 | 4 | RETURN OF SERVICE executed upon defendant Memphis Area Legal on 7/31/92 (Former Emp) (Entered: 08/13/1992) |
| 09/01/1992 | 5 | ANSWER by defendant Karen Dennis, defendant Memphis Area Legal to [1-1]; jury demand (Former Emp) (Entered: 10/19/1992) |
| 11/12/1992 | 6 | SETTING LETTER ; Status conference 11-18-92 @ 8:45 AM (Former Emp) (Entered: 11/12/1992) |
| 11/16/1992 | 7 | MOTION by plaintiff Wayne Chastain for leave to serve on Defts. more than 30 interrogatories (Former Emp) (Entered: 11/20/1992) |
| 11/16/1992 | 8 | SETTING LETTER ; Pretrial order ddl 9-10-93; Pretrial conference 9-17-93 @ 8:30 AM ; Jury trial 9-27-93 @ 9:30 AM (Former Emp) Modified on 11/20/1992 (Entered: 11/20/1992) |
| 11/17/1992 | 9 | ORDER by Judge Julia S. Gibbons referring to Mag Judge James A. Allen the motion for leave to serve on Defts. more than 30 interrogatories [7-1] (cc: all counsel) (Former Emp) (Entered: 11/20/1992) |
| 11/18/1992 | 10 | MINUTES: PRETRIAL CONFERENCE held on 11-18-92 (Former Emp) (Entered: 11/20/1992) |
| 11/19/1992 | 11 | SCHEDULING ORDER 16(b) Judge Julia S. Gibbons ; motion filing ddl 8-1-93; ; Discovery ddl 7-1-93 ; jury trial 9-27-93; trial length of 4-5 days (cc: all counsel) (Former Emp) (Entered: 11/20/1992) |
| 11/30/1992 | 12 | MEMORANDUM by defendant Karen Dennis, defendant Memphis Area Legal in opposition to motion for leave to serve on Defts. more than 30 interrogatories [7-1] (Former Emp) (Entered: 12/03/1992) |
| 12/09/1992 | 13 | REPLY by plaintiff Wayne Chastain to response to motion for leave to serve on Defts. more than 30 interrogatories [7-1] (Former Emp) (Entered: 12/09/1992) |
| 12/31/1992 | 14 | ORDER by Mag Judge James H. Allen granting motion for leave to serve on Defts. more than 30 interrogatories [7-1] (cc: all counsel) (Former Emp) Modified on 01/04/1993 (Entered: 01/04/1993) |
| 06/09/1993 | 15 | ATTORNEY APPEARANCE for plaintiff Wayne Chastain by Wayne Chastain as co-counsel. (JL) (Entered: 06/11/1993) |

EXHIBIT 13

| Date | No. | Description |
|---|---|---|
| 06/11/1993 | 17 | JOINT MOTION by plaintiff Wayne Chastain, defendant Karen Dennis, defendant Memphis Area Legal to extend time for deadline to terminate discovery (JL) (Entered: 06/16/1993) |
| 06/15/1993 | 16 | CONSENT ORDER by Chief Judge Julia S. Gibbons : granting motion to extend time for deadline to terminate discovery [17-1] (cc: all counsel) (Former Emp) (Entered: 03/24/1994) |
| 06/17/1993 | 18 | NOTICE by plaintiff Wayne Chastain of taking deposition of Karen Dennis on Wed., June 23, 1993 at 10:00 a.m. at the offices of H. Wallacy Maroney, Jr. (JL) (Entered: 06/21/1993) |
| 06/19/1993 | 19 | SETTING LETTER ; Pretrial order ddl 10/29/93 Pretrial conference 11/5/93 at 8:30 a.m. ; Trial 11/15/93 at 9:30 a.m. (JL) (Entered: 06/21/1993) |
| 07/27/1993 | 20 | NOTICE OF FILING OF THE DEPOSITION OF DEFENDANT KAREN DENNIS PURSUANT TO RULE 31(c), FRCP by plaintiff Wayne Chastain (WMW) (Entered: 07/28/1993) |
| 07/27/1993 | 21 | DEPOSITION of Karen Dennis taken on the following date(s): June 23, 1993 (PLACED IN SEPARATE FOLDER) (WMW) (Entered: 07/28/1993) |
| 08/18/1993 | 22 | NOTICE OF FILING THE SECOND PORTION OF DEPOSITION OF DEFENDANT KAREN DENNIS by plaintiff Wayne Chastain (WMW) (Entered: 08/20/1993) |
| 08/18/1993 | 25 | DEPOSITION of Karen Dennis taken on the following date(s): 7/27/93 (PLACED IN SEPARATE FOLDER) (WMW) (Entered: 08/20/1993) |
| 08/19/1993 | 23 | NOTICE OF FILING THE DEPOSITION OF CARMEN GERMANE GRAVES by plaintiff Wayne Chastain (WMW) (Entered: 08/20/1993) |
| 08/19/1993 | 24 | DEPOSITION of Carmen Germane-Graves taken on the following date(s): 8/3/93 (PLACED IN SEPARATE FOLDER) (WMW) (Entered: 08/20/1993) |
| 09/03/1993 | 26 | MOTION by defendant Karen Dennis, defendant Memphis Area Legal for summary judgment (JL) (Entered: 09/07/1993) |
| 09/03/1993 | 27 | MEMORANDUM by defendant Karen Dennis, defendant Memphis Area Legal in support of motion for summary judgment [26-1] (JL) (Entered: 09/07/1993) |

| | | |
|---|---|---|
| 09/03/1993 | 28 | EXHIBITS/ATTACHMENTS TO MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (JL) (Entered: 09/07/1993) |
| 09/03/1993 | 29 | MOTION by defendant Karen Dennis, defendant Memphis Area Legal for leave to file memorandum in support in excess of 20 page limitation (JL) (Entered: 09/07/1993) |
| 09/13/1993 | 30 | RESPONSE IN OPPOSITION by plaintiff Wayne Chastain to motion for leave to file memorandum in support in excess of 20 page limitation [29-1], to motion for summary judgment [26-1] (JL) (Entered: 09/14/1993) |
| 09/13/1993 | 31 | MOTION by plaintiff Wayne Chastain to extend time to file comprehensive memorandum of fact and law in reply to dft's motion for summary judgment (JL) (Entered: 09/14/1993) |
| 09/14/1993 | 32 | ORDER by Judge Julia S. Gibbons granting motion for leave to file memorandum in support in excess of 20 page limitation [29-1] (cc: all counsel) (JL) (Entered: 09/14/1993) |
| 09/16/1993 | 33 | ORDER by Judge Julia S. Gibbons denying motion to extend time to file comprehensive memorandum of fact and law in reply to dft's motion for summary judgment [31-1] (cc: all counsel) (JL) (Entered: 09/17/1993) |
| 09/17/1993 | 34 | NOTICE OF FILING OF PLAINTIFF'S COUNTER-AFFIDAVIT TO DEFT DENNIS' AFFIDAVIT OF 9/2/93 by plaintiff Wayne Chastain (JL) (Entered: 09/21/1993) |
| 09/21/1993 | 35 | COUNTER-AFFIDAVIT of Wayne Chastain to affidavit of Webb Brewer in support of deft's motion for summary judgment [27-1] (JL) (Entered: 09/22/1993) |
| 10/01/1993 | 36 | NOTICE OF FILING OF AFFIDAVIT OF ATTORNEY CARMEN GERMANE GRAVES PURSUANT TO RULE 56(e), FRCP by plaintiff Wayne Chastain (Former Emp) (Entered: 10/04/1993) |
| 10/01/1993 | 37 | MOTION by plaintiff Wayne Chastain for permission to add exhibits #13 thru 16 to depositon of defendant Karen Dennis. (Former Emp) (Entered: 10/04/1993) |
| 10/01/1993 | 38 | MOTION by plaintiff Wayne Chastain for leave to file a memorandum of fact and law in excess of twenty pages in opposition to defendants' motion and memorandum in support of summary judgment. (Former Emp) (Entered: 10/04/1993) |

EXHIBIT 13

| | | |
|---|---|---|
| 10/01/1993 | 39 | MEMORANDUM by plaintiff Wayne Chastain in support of his reply in opposition to defendant's motion for summary judgment [26-1] (Former Emp) (Entered: 10/04/1993) |
| 10/04/1993 | 40 | ORDER by Judge Julia S. Gibbons granting motion for leave to file a memorandum of fact and law in excess of twenty pages in opposition to defendants' motion and memorandum in support of summary judgment. [38-1] (cc: all counsel) (JL) (Entered: 10/06/1993) |
| 10/15/1993 | 41 | RESPONSE by defendant Karen Dennis, defendant Memphis Area Legal Service to PLAINTIFF'S REPLY IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MEMORANDUM IN SUPPORT THEREOF [30-1] (Former Emp) (Entered: 10/20/1993) |
| 10/22/1993 | 42 | NOTICE OF FILING OF PLAINTIFF'S AFFIRMATIVE AFFIDAVIT ADDRESSING DEFENDANT'S PURPORTED 131 MATERIAL FACTS, ETC. by plaintiff Wayne Chastain (JL) (Entered: 10/25/1993) |
| 10/25/1993 | 43 | SUPPLEMENTAL REPLY TO DEFTS' MOTION, MEMORANDUM FOR SUMMARY JUDGMENT, AND DEFTS' RESPONSE TO PLAINTIFF'S REPLY IN OPPOSITION, ETC. by plaintiff Wayne Chastain re motion response [30-1] (JL) (Entered: 10/25/1993) |
| 10/29/1993 | 44 | PLAINTIFF'S SECOND SUPPLEMENTAL BRIEF containing additional case authorities supporting plaintiff's prima facie case formulation on retaliatory discharge FILED by plaintiff Wayne Chastain (JL) (Entered: 11/01/1993) |
| 11/05/1993 | 45 | MINUTES: Pretrial conference held 11/5/93, Judge Gibbons presiding. Trial set 11/15/93. Motion for summary judgment pending. Deft made motion for continuance of trial. Pretrial order entered. Attys to check with Case Manager as to status of trial date on Monday or Tuesday next week. (JL) (Entered: 11/08/1993) |
| 11/08/1993 | 46 | JOINT PRE-TRIAL ORDER approved by Judge Julia S. Gibbons : ; jury trial 11/15/93 at 9:30 a.m. (cc: all counsel) (JL) (Entered: 11/08/1993) |
| 11/10/1993 | 47 | SETTING LETTER ; Jury trial 1/24/94 at 9:30 a.m. (JL) (Entered: 11/15/1993) |

EXHIBIT 13

| | | |
|---|---|---|
| 11/15/1993 | 48 | MOTION by plaintiff Wayne Chastain for the court to incorporate deft Dennis' answers to certain interrogatories into the stipulated facts of pretrial order (JL) (Entered: 11/22/1993) |
| 11/19/1993 | 49 | DEFENDANTS' REPLY IN OPPOSITION TO "PLAINTIFF'S MOTION FOR THIS HONORABLE COURT TO INCORPORATE DEFENDANT DENNIS' ANSWERS TO CERTAIN INTERROGATORIES INTO THE STIPULATED FACTS OF THE PRE-TRIAL ORDER" by defendant Karen Dennis, defendant Memphis Area Legal re [48-1] (Former Emp) (Entered: 12/08/1993) |
| 01/20/1994 | 50 | SETTING LETTER ; Jury trial 4/25/94 at 9:30 a.m. (JL) (Entered: 01/21/1994) |
| 02/07/1994 | 51 | SUPPLEMENT by defendant Karen Dennis, defendant Memphis Area Legal re memorandum in support of motion for summary judgment [27-1] (JL) (Entered: 02/09/1994) |
| 02/15/1994 | 52 | REPLY by plaintiff Wayne Chastain to deft's supplemental memorandum in support of motion for summary judgment [51-1] (JL) (Entered: 02/17/1994) |
| 02/16/1994 | 53 | MOTION by plaintiff Wayne Chastain to compel production of official legal services corporation's 6/15/93 report (JL) (Entered: 02/17/1994) |
| 02/17/1994 | 54 | ORDER by Chief Judge Julia S. Gibbons referring to Mag Judge James H. Allen the motion to compel production of official legal services corporation's 6/15/93 report [53-1] (cc: all counsel) (JL) (Entered: 02/17/1994) |
| 02/24/1994 | 55 | RESPONSE by defendant Karen Dennis, defendant Memphis Area Legal to motion to compel production of official legal services corporation's 6/15/93 report [53-1]; and, in the alternative, motion for protective order. (JL) (Entered: 02/28/1994) |
| 02/24/1994 | 55 | MOTION by defendant Karen Dennis, defendant Memphis Area Legal for protective order ; included in response to plaintiff's motion to compel. (JL) (Entered: 02/28/1994) |
| 02/25/1994 | 56 | EXHIBITS to be attached to Reply to Plaintiff's Motion to Compel, filed 2/24/94. Documents were inadvertently omitted from original filing. (JL) (Entered: 02/28/1994) |

EXHIBIT 13

| | | |
|---|---|---|
| 02/28/1994 | 57 | REPLY by plaintiff Wayne Chastain to response to motion to compel production of official legal services corporation's 6/15/93 report [53-1] (JL) (Entered: 03/02/1994) |
| 03/01/1994 | 58 | REPLY by plaintiff Wayne Chastain to response to motion to compel production of official legal services corporation's 6/15/93 report [53-1] (JL) (Entered: 03/02/1994) |
| 03/18/1994 | 59 | ORDER by Chief Judge Julia S. Gibbons granting motion for summary judgment [26-1] dismissing case (cc: all counsel) (JL) (Entered: 03/21/1994) |
| 03/25/1994 | 60 | MOTION by plaintiff Wayne Chastain to amend and alter the order granting summary judgment , and for reconsideration of adjudication of disputed material facts required to be resolved by jury (JL) (Entered: 03/29/1994) |
| 03/31/1994 | 61 | JUDGMENT: by Chief Judge Julia S. Gibbons dismissing case in accordance with order granting motion for summary judgment entered 3/21/94 (cc: all counsel) (JL) (Entered: 03/31/1994) |
| 04/04/1994 | 62 | REPLY by defendant Karen Dennis, defendant Memphis Area Legal in opposition to motion to amend and alter the order granting summary judgment [60-1], motion for of adjudication of disputed material facts required to be resolved by jury [60-2] (JL) (Entered: 04/04/1994) |
| 06/07/1994 | 63 | ORDER by Chief Judge Julia S. Gibbons withdrawing order of reference [54-1]. Court will rule on plaintiff's motion to compel (cc: all counsel) (JL) (Entered: 06/07/1994) |
| 08/01/1994 | 64 | SUPPLEMENTAL MOTION by plaintiff Wayne Chastain to produce documents authorized by Rule 34, FRCP (JL) (Entered: 08/01/1994) |
| 08/11/1994 | 65 | ORDER by Chief Judge Julia S. Gibbons denying motion to produce documents authorized by Rule 34, FRCP [64-1] (cc: all counsel) (WBE) (Entered: 08/12/1994) |
| 08/15/1994 | 66 | ORDER by Chief Judge Julia S. Gibbons denying motion to amend and alter the order granting summary judgment [60-1], denying motion for reconsideration of adjudication of disputed material facts required to be resolved by jury [60-2] (cc: all counsel) (JL) (Entered: 08/15/1994) |

| | | |
|---|---|---|
| 08/15/1994 | 67 | ORDER by Chief Judge Julia S. Gibbons denying motion for the court to incorporate deft Dennis' answers to certain interrogatories into the stipulated facts of pretrial order [48-1], denying motion to compel production of official legal services corporation's 6/15/93 report [53-1] (cc: all counsel) (JL) (Entered: 08/15/1994) |
| 08/15/1994 | 68 | RESPONSE by defendant Memphis Area Legal, defendant Karen Dennis in opposition to pltf's supplemental motion for production authorized by Rule 34, FRCP. [64-1] (JL) (Entered: 08/16/1994) |
| 08/22/1994 | 69 | MOTION by plaintiff Wayne Chastain to seal copies of Legal Service Corporation's inspection report and deft's reply and place in appellate record (JL) (Entered: 08/22/1994) |
| 08/31/1994 | 71 | RESPONSE by defendant Memphis Area Legal, defendant Karen Dennis in opposition to motion to seal copies of Legal Service Corporation's inspection report and deft's reply and place in appellate record [69-1] (JL) (Entered: 09/02/1994) |
| 09/01/1994 | 70 | RECEIVED appeal fee as to Wayne Chastain in amount of $ 105.00 ( Receipt # 18630) (SSH) (Entered: 09/01/1994) |
| 09/01/1994 | 72 | NOTICE OF APPEAL by plaintiff Wayne Chastain from Dist. Court decision [69-1] (cc: all counsel) (JL) (Entered: 09/02/1994) |
| 09/08/1994 | 73 | NOTIFICATION form sent to 6th Circuit [72-1] w/copies of docket items #59, 61, 66, 72 and docket sheet. cc: all counsel (SSH) (Entered: 09/08/1994) |
| 09/20/1994 | 74 | ORDER by Chief Judge Julia S. Gibbons finding the motion to seal copies of Legal Service Corporation's inspection report and deft's reply and place in appellate record [69-1] moot. Documents have been part of the record since Feb. 1994; there is not need for further action to place them under seal. (cc: all counsel) (JL) (Entered: 09/20/1994) |
| 09/22/1994 | | NOTIFICATION by 6th Circuit Court Number 94-6158 (SSH) (Entered: 09/23/1994) |
| 10/20/1994 | | ORIGINAL record on appeal transmitted to 6th Circuit [72-1] consisting of 5 vols. pleadings, 3 vols. depositions, copies of docket sheet and transmission form. cc: copies to all counsel (SSH) (Entered: 10/20/1994) |

EXHIBIT 13

| | | |
|---|---|---|
| 01/30/1996 | 75 | ORDER Entered: 1/23/96 from 6th Circuit affirming the decision of the District Court [72-1] on both the age and retaliation claims (SSH) (Entered: 02/01/1996) |
| 03/18/1996 | 76 | ORDER Mandate Issued: 3/11/96 from 6th Circuit pursuant to the court's disposition that was filed 1/23/96 (Former Emp) (Entered: 03/20/1996) |
| 04/01/1996 | 77 | ORIGINAL RECORD on appeal returned from 6th Circuit (SSH) (Entered: 04/01/1996) |

MS. TAYLOR
PO BOX 897
MEMPHIS TN 38101

U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT
540 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OH 45202



USPS TRACKING NUMBER
9505 5104 0527 3217 6090 23



U.S. POSTAGE PAID
SOUTHAVEN, MS
38671
AUG 05, 13
AMOUNT
$5.85
00040527-02